**169  VINCENT vs. BOWES, 78 M., 315.**

Error to Mecosta.

The action of the Circuit Court in denying an application for

leave to appeal from a justice's judgment under How. Stat., Sec. 7005, on the ground that the appellant was prevented from taking an appeal within the statutory time by causes beyond his control, can only be reviewed by mandamus.

Writ dismissed December 28, 1889.